E-FILED-6/20/17
LINK#4

1  David M. Stein (Cal. Bar No. 198256)
    dstein@ggtriallaw.com
2  Joshua M. Robbins (Cal. Bar No. 270553)
    jrobbins@ggtriallaw.com
3  **GREENBERG GROSS LLP**
   650 Town Center Drive, Suite 1700
4  Costa Mesa, California 92626
   Phone: 949.383.2800
5  Fax:    949.383.2801

6  Attorneys for Petitioner
   EN POINTE TECHNOLOGIES SALES, LLC,
7  f/k/a PCM SALES ACQUISITION, LLC

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| 11 EN POINTE TECHNOLOGIES SALES, LLC, a Delaware limited liability company, f/k/a PCM SALES ACQUISITION, LLC, | Case No.: 2:17-cv-4362 |
|---|---|
| 13 Petitioner, | [~~PROPOSED~~] **ORDER GRANTING EN POINTE'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |
| 14 v. | |
| 15 OVEX TECHNOLOGIES (PRIVATE) LIMITED, | [Filed concurrently with Application to File Under Seal and Declaration of David M. Stein] |
| 17 Respondent. | Filed: June 12, 2017 |

18
19
20
21
22
23
24
25
26
27
28

1 | The Court, having considered En Pointe's Application to File Document
2 | Under Seal, and good cause appearing, IT IS HEREBY ORDERED as follows:
3 |    1.  En Pointe's Application is GRANTED.
4 |    2.  The entire following document shall be filed under seal:
5 |       Exhibit A to the Declaration of David M. Stein in support of En Pointe's
6 |       Petition to Compel Arbitration and for Anti-Suit Injunction: Contract
7 |       for Services and Statement of Work between En Pointe Technologies
8 |       Sales, Inc. and Ovex Technologies (Private) Limited (the "Service
9 |       Contract").

DATED:  June 20, 2017

PHILIP S. GUTIERREZ
_____